IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AARON JONES**                                                                                          **PLAINTIFF**
*ADC #658577*

v.                              CASE NO. 3:24-CV-00202-BSM

**BRIAN MILES,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Aaron Jones has initiated this *pro se* complaint without paying the filing fee or petitioning to proceed *in forma pauperis*. If Jones would like to proceed with this lawsuit, he must either pay the $405 filing fee or submit an application to proceed without prepaying fees or costs within thirty days, or his case will be dismissed without prejudice. *See* Local Rule 5.5(c)(2).

Additionally, Jones is directed to amend his complaint. Doc. No. 1. While the complaint is written in the first person and signed by Jones, it lists three plaintiffs making it confusing as to who is bringing the claims. *See id.* at 1, 5. If Jones wants to proceed with this lawsuit, he must amend his complaint within thirty days of this order explaining how the named defendants violated only his constitutional rights. Failure to timely amend his complaint will result in the dismissal of this lawsuit.

The clerk is directed to send Jones an application to proceed *in forma pauperis*, including a calculation sheet, a blank section 1983 form, and a copy of this order.

IT IS SO ORDERED this 14th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE