IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AARON JONES** **PLAINTIFF**
*ADC #658577*

V.   CASE NO. 3:24-CV-00202 BSM

**BRIAN MILES,** *et al*. **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE